UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SANDERS, | Case No. 1:22-cv-00577-JLT-HBK |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS* WITHOUT PREJUDICE |
| v. | |
| ROBERT HICKS, J. LARA, UNKNOWN FILE CLERK, FRESNO SUPERIOR COURT FAMILY LAW DIVISION, LEONARD SANDERS, | (Doc. No. 2) |
| | TWENTY-ONE DAY DEADLINE |
| Defendant. | |

Plaintiff initiated this action by filing a *pro se* complaint. (Doc. No. 1). Plaintiff accompanied the filing of his complaint with an "Application to Proceed in District Court Without Prepaying Fees or Costs." (Doc. No. 2, Application). Plaintiff seeks to proceed in this civil case without having to pay the $402.00 filing fee. The Court cannot determine whether Plaintiff qualifies for *in forma pauperis* status, because his Application is incomplete. Plaintiff does not indicate whether he is employed. If Plaintiff is employed, he must identify his employer's name and address. Further, Plaintiff states his gross pay and take-home pay are the same amount ($1000) but he does indicate how frequently he receives this amount, *i.e.*, monthly, bi-weekly, or weekly. Finally, Plaintiff is required to print his name below his signature.

Accordingly, it is **ORDERED**:

1. Plaintiff's request to proceed *in forma pauperis* (Doc. No. 2) is DENIED without

prejudice to Plaintiff submitting a fully completed Application. Plaintiff shall either pay the $402.00 filing fee or file a completed Application within twenty-one (21) days from the date on this Order.

2. The Clerk of Court shall enclose a blank Application with this Order for Plaintiff use, if appropriate.

Dated:     January 23, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE