1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| 11 | PHILLIP SANDERS, | Case No.  1:22-cv-00577-JLT-HBK |
|----|------------------|--------------------------------|
| 12 | Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |
| 13 | v. | (Doc. No.  6) |
| 14 | ROBERT HICKS, J. LARA, UNKNOWN FILE CLERK, FRESNO SUPERIOR COURT FAMILY LAW DIVISION, LEONARD SANDERS, | |
| 15 | | |
| 16 | | |
| 17 | Defendant. | |

18          Plaintiff submitted a completed application to proceed *in forma pauperis* under 28 U.S.C.

19    § 1915 on February 9, 2023.  (Doc. No. 6).  Plaintiff's declarations in the motion satisfies the

20    requirements under § 1915.  The court will screen Plaintiff's pro se complaint in due course

21    before ordering service.

22          Accordingly, it is **ORDERED**:

23          Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 6) is GRANTED.

24

25    Dated:    February 17, 2023

26                                              HELENA M. BARCH-KUCHTA
                                                UNITED STATES MAGISTRATE JUDGE
27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28