UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP SANDERS,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT HICKS and J. LARA,<br><br>        Defendants. | Case No. 1:22-cv-00577-JLT-HBK<br><br>ORDER GRANTING IN PART PLAINTIFF'S MOTION<br><br>(Doc. No. 12) |

Pending before the Court is pro se Plaintiff's pleading titled "Motion for Leave to Amend Adding Pretrial Injunctions Rule 65 Possible Stay Until Department of Justice and Internal Affairs Response and Request to Add Additional Defendants," filed on October 5, 2023, which the Court construes as a Motion to Amend the Complaint. (Doc. No. 12, "Motion"). Plaintiff references the Court's prior screening order and order to show cause and requests the Court to accept his First Amended Complaint as the operative pleading, (*id*. at 1-2), and requests that the Court grant him a preliminary injunction (*id*. at 2). The Court construes the instant Motion as a motion amend and motion for preliminary injunction. Plaintiff filed a First Amended Complaint on May 26, 2023. (Doc. No. 10). Thus, the Court grants Plaintiff's Motion to the extent the Court deems Plaintiff's First Amended Complaint (Doc. No. 10) the operative complaint and will screen it. The Court will address the motion for preliminary injunction also incorporated within

the Motion by separate order.

Accordingly, it is **ORDERED**:

Plaintiff's Motion to Amend (Doc. No. 12) is GRANTED TO THE EXTENT the Court deems the First Amended Complaint (Doc. No. 10) the operative pleading. The Court will address Plaintiff's motion for preliminary injunction by separate order.

Dated:   December 18, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE